HELEN HANSTICK, an Infant, by FRANK HANSTICK, Her Guardian ad Litem, Respondent, and FRANK HANSTICK, Plaintiff, *v.* H. C. BOHACK Co., INC., Appellant.

Submitted October 21, 1938; decided November 22, 1938.

*Clarence S. Zipp, James F. Robertson* and *Daniel Miner* for appellant.

*Henry Koenig* and *Gustave Schwartz* for respondent.

Judgment of Appellate Division reversed and order of Trial Term setting aside verdict affirmed, with costs to abide the event. We fail to find any evidence of negligence. No opinion. (See 279 N. Y. 785.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.